**Order entered June 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00556-CR

**JASON ALLEN SKINNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-00955-M**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Valencia Bush to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** appellate counsel to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **SEPTEMBER 1, 2015**.

We **DIRECT** the Clerk to send a copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; Felicia Pitre, Dallas County District Clerk; Valencia Bush; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Jason Skinner, TDCJ No. 1929580, Ware Unit, 1681 F.M. 3525, Colorado City, Texas 79512.

/s/    ADA BROWN
       JUSTICE